# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GERARDO VILLALON, HERNANDEZ | ) ) ) | CORRECTED JUDGMENT IN CASE |
| Petitioner, | ) ) | 1:12-cv-00044-MR [1:10-cr-00053-MR-1] |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2013 Corrected Order.

January 31, 2013

Frank G. Johns, Clerk
United States District Court